UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| Arnaldo Cabrera, | * | |
| --- | --- | --- |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:16-CV-10823-GAO |
| | * | |
| Jeff Grondolsky | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL

July 5, 2017

O'Toole, D.J.

Pursuant to the Court's Opinion and Order [29] GRANTING the defendant's Motion to Dismiss [18], this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge